Tim M. Agajanian, Esq. (CBN 130508)
e-mail: tim@agajanian.net
AGAJANIAN LAW GROUP, PC
626 Wilshire Blvd., Suite 320
Los Angeles, CA 90017
Telephone: (213) 622-4202
Facsimile:  (213) 622-4232

Attorneys for Plaintiff
BRIANA BANY a/k/a BRIANA BANKS

Paul J. Cambria, Jr., Esq. (Bar No. 177935)
e-mail: pcambria@lglaw.com
Jonathan W. Brown, Esq. (Bar No. 223901)
e-mail: jbrown@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
Telephone:  (716) 849-1333
Facsimile:  (716) 849-1315

Attorneys for Defendant
HEALTH DEVICES CORPORATION
D/B/A DOC JOHNSON ENTERPRISES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Briana Bany a/k/a Briana Banks,<br><br>        Plaintiff,<br><br>    vs.<br><br>Health Devices Corporation d/b/a<br>Doc Johnson Enterprises,<br><br>        Defendant. | Case No.: CV07-7082 GHK (VBKx)<br><br>**ORDER RE STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE** |

**ORDER**

The parties' Stipulation to Dismiss Plaintiff's Claims with Prejudice in the above-captioned matter and good cause having been found:

IT IS HEREBY ORDERED that Plaintiff's claims in their entirety against Defendant are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED:

DATED: December 12, 2008        ____ _____/s/_____
                                UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 626 Wilshire Boulevard, Suite 320, Los Angeles, California 90017.

On December 11, 2008, I served the within **STIPULATION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT HEALTH DEVICES CORPORATION D/B/A DOC JOHNSON ENTERPRISES WITH PREJUDICE [PROPOSED ORDER FILED SIMULTANEOUSLY HEREWITH]** on the interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

## PLEASE SEE ATTACHED SERVICE LIST

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

**ATTACHED SERVICE LIST** in the manner described below:

**[ X ]BY MAIL**:   I placed a true copy of each document in a separate envelope addressed to each addressee. I then sealed each envelope and, with first-class postage thereon fully prepaid, placed the envelope for deposit in the United States postal Service this same day, at my business address shown above, following ordinary business practices.

**[  ]BY FACSIMILE:**   I transmitted the foregoing document(s) by facsimile to the party identified above by using the facsimile number indicated. Said transmission(s) were verified as complete and without error.

**[  ]FEDERAL**:   I declare that I am employed in the office of a member of the bar of this court at whose directions this service is made.

**[  ]STATE:**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 11, 2008, at Los Angeles, California.

Elizabeth Avila

## SERVICE LIST

Paul J. Cambria, Esq.
Jonathan W. Brown, Esq.
LIPSITZ, GREEN, SCIME & CAMBRIA, LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Tel: 716-849-1333
Fax: 716-855-1580


Mark S. Hoffman, Esq.
LABOWE, LABOWE & HOFFMAN, LLC
1631 W. Beverly Boulevard, Second Fl.
Los Angeles, California 90026
Tel: 213-250-9800 X104
Fax: 213-975-1145

John C. Torjesen
JOHN C. TORJESEN & ASSOCIATES
621 N. Sepulveda Boulevard, 2nd Floor
Los Angeles, California 90049
Tel: 310-440-0005

Brad N. Sommer
SOMMER LAW GROUP, PC
332 Fifth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 471-1266
Fax: (412) 471-3175

Frank Lunn, Esq. (Courtesy Copy)
ROSEN, FEIG, GOLLAND & LUNN, LLP
9454 Wilshire Boulevard, Suite 850
Beverly Hills, California 90212